

# Fourth Court of Appeals
## San Antonio, Texas

August 14, 2014

No. 04-14-00267-CV

**DIATHEGEN, LLC,**
Appellant

v.

**PHYTON BIOTECH, INC.,** Phyton Biotech, LLC, Phyton Biotech, GmbH,
Appellees

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-17463
Honorable Janet P. Littlejohn, Judge Presiding

# O R D E R

In this appeal, the trial court signed an order on March 21, 2014. Appellant DiAthegen, LLC timely filed a notice of appeal. Cross-Appellants Phyton Biotech, Inc., Phyton Biotech, LLC, and Phyton Biotech, GmbH filed a cross-notice of appeal.

On August 12, 2014, the District Clerk filed a supplemental clerk's record; the appellate record is now complete. *See* TEX. R. APP. P. 38.6(a).

The parties filed a joint motion stating their intention to mediate their dispute. They proposed, if their mediation is not successful, a consolidated and extended briefing schedule. The parties' joint motion is GRANTED.

If the parties do not settle their dispute in mediation, the parties shall file their briefs according to the following schedule:

| Due Date | Appeal | Cross-Appeal |
|---|---|---|
| 15 Sep 2014 | Appellant's opening brief | |
| 30 Oct 2014 | Appellees' response brief | Cross-Appellants' opening brief |
| 15 Dec 2014 | Appellant's reply brief | Cross-Appellee's response brief |
| 14 Jan 2015 | | Cross-Appellants' reply brief |

The parties shall combine their briefs into a maximum of two briefs per side as follows:

1. an Appellant's brief,
2. a combined Appellees' brief and Cross-Appellants' brief,
3. a combined Appellant's reply and Cross-Appellee's brief, and
4. a Cross-Appellants' reply brief.

The briefs shall comply with the length and content requirements established by the applicable Rules. *E.g.*, TEX. R. APP. P. 9.4(i), 38.1, 38.2, 38.3. Given the court's approval of the parties' joint motion for the requested due dates, the court does not expect to entertain motions to extend the filing deadlines. *See, e.g.*, TEX. R. APP. P. 10.5(b), 38.6(d).

If Cross-Appellants choose to file a reply brief, they must notify this court in writing not later than December 23, 2014, of their intent to do so. *See id.* R. 38.3, 38.6(d).

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of August, 2014.

Keith E. Hottle
Clerk of Court